THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SAM BROCCOLO, Defendant-Appellant.

(No. 56985; )

First District—September 28, 1972.

Opinion by Mr. JUSTICE McNAMARA.

Harry Pikowsky, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.

THE CITY OF CHICAGO, Plaintiff-Appellant, *v.* PHILLIP VELLA *et al.,* Defendants-Appellees.

(No. 54502; )

First District—September 29, 1972.

